**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GAZELLE HAYES, et al.,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **Civil Action No. 3:25-cv-01056-E-BT** |
| | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| **et al.,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 11, 2026 (ECF No. 10). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. The Court also finds that Plaintiff Hayes timely filed an Amended Complaint (ECF No. 14) asserting new claims against Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc, and Ocwen Loan Servicing LLC, but that the Amended Complaint fails to properly plead a plausible claim against PHH Mortgage Corporation. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the Defendant PHH Mortgage Company's Motion to Dismiss (ECF No. 8) is **GRANTED** and Plaintiff's claims against

PHH are dismissed with prejudice. Further, all of Plaintiff's claims against AVT Title Services, LLC. Substitute Trustee, Power Default Services, and Mark Bombick are **DISMISSED WITHOUT PREJUDICE**.

Under Rule 4(m), Plaintiff must serve Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc, and Ocwen Loan Servicing LLC within 90 days of the filing of the Amended Complaint. *See* Fed. R. Civ. P. 4(m). Thus, the Court ORDERS Plaintiff to: (1) serve Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc, and Ocwen Loan Servicing LLC with a summons and the Amended Complaint, and (2) file proof of that service with the Court on or before **June 15, 2026**. If Plaintiff fails to do so, the Court may dismiss this lawsuit without prejudice.

**SO ORDERED.**

25th Day of March, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE